U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

APR 1 2 2013

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:10-333 |
| | CIVIL NO. 6:12-1333 |
| VERSUS | JUDGE RICHARD T. HAIK |
| HUETZIN CACH-SOLIS | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Huetzin Cach-Solis' Motion filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 11$^h$ day of April, 2013.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE