U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

APR 1 6 2013

TONY R. MOORE, CLERK
BY _____ CA _____
          DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

United States of America        Criminal Action No. 6:10-cr-00333

versus        Judge Richard T. Haik

Cach-Solis        Magistrate Judge C. Michael Hill

## CERTIFICATE AS TO APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that the certificate of appealability is **DENIED** because the applicant has filed to demonstrate a substantial showing of the denial of a constitutional right.

Thus done and signed this 16th day of April, 2013 at Lafayette, Louisiana.

_____
Richard T. Haik, Sr.
United States District Judge